```
Label Matrix for local noticing        PRA Receivables Management, LLC        U.S. Bankruptcy Court
0752-1                                 PO Box 41021                           Eastern Division
Case 21-08935                          Norfolk, VA 23541-1021                 219 S Dearborn
Northern District of Illinois                                                 7th Floor
Eastern Division                                                              Chicago, IL 60604-1702
Mon Aug  2 17:50:02 CDT 2021

AT&T                                   American Advisors Group                American Advisors Group
208 S Akard St.                        3800 W Chapman Ave                     3900 Capital City Blvd.
Dallas, TX 75202-4206                  Orange, CA 92868-1638                  Lansing, MI 48906-2147


American Advisors Group                American Express Centurion Bank        American General Financial Springleaf
PO Box 39457                           c/o Becket and Lee LLP                 4005 W Kane Ave.
Mc Neill, MS 39457                     PO Box 3001                            Ste M
                                       Malvern, PA 19355-0701                 McHenry, IL 60050-6305


Buffalo Grove Water Billing            Byline Bank                            Cbe Group
50 Raupp Blvd                          3639 N Broadway                        Attn: Bankruptcy Dept
Buffalo Grove, IL 60089-2139           Chicago, IL 60613-4421                 PO BOX 900
                                                                              Waterloo, IA 50704-0900


Cook County Clerk                      Cook County Clerk's Office             Cook County Treasurer's Office
69 W. Washington Street, Suite 500     118 North Clark Street                 118 North Clark Street
Chicago, IL 60602-3030                 Room 434                               Room 112
                                       Chicago, IL 60602-1413                 Chicago, IL 60602-1590


Credit Collection Services             (p)CREDIT CORP SOLUTIONS INC           HEAVNER BEYERS MIHLAR LLC
725 Canton Street                      121 W ELECTION RD                      111 E MAIN ST #200
Norwood, MA 02062-2679                 SANDY UT 84020-7720                    Decatur, IL 62523-1204


Kohls/Capital One                      LVNV Funding, LLC                      LVNV Funding/Resurgent Capital
N56 W 17000 Ridgewood Dr               Resurgent Capital Services             PO BOX 10497
Menomonee Falls, WI 53051-5660         PO Box 10587                           Greenville, SC 29603-0497
                                       Greenville, SC 29603-0587


Merchants Credit                       Nationwide Credit Inc                  Nicor Gas
223 W Jackson Blvd                     PO BOX 14581                           PO Box 5407
Suite 700                              Des Moines, IA 50306-3581              Carol Stream, IL 60197-5407
Chicago, IL 60606-6914


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Syncb/Lord & Taylor                    Synchorny Bank/TJX
PO BOX 41067                           Attn: Bankruptcy                       Attn: Bankruptcy
NORFOLK VA 23541-1067                  PO BOX 965060                          PO BOX 965060
                                       Orlando, FL 32896-5060                 Orlando, FL 32896-5060


Synchrony Bank                         Synchrony Bank/AVB Buying Group        Synchrony Bank/Walmart
c/o PRA Receivables Management, LLC    PO BOX 965036                          Attn: Bankruptcy
PO Box 41021                           Orlando, FL 32896-5036                 PO BOX 965060
Norfolk, VA 23541-1021                                                        Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Target<br>C/O Financial & Retail Svcs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 | Visa Dept Store/Macys<br>Attn: Bankruptcy<br>PO BOX 8053<br>Mason, OH 45040-8053 | Wells Fargo Bank<br>PO BOX 10438<br>Macf8235-02f<br>Des Moines, IA 50306-0438 |
| Wffnb Retail<br>PO BOX 94498<br>Las Vegas, NV 89193-4498 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Elizabeth J Venturini<br>724 Patton Dr<br>Buffalo Grove, IL 60089-3433 |
| (p)M O MARSHALL CHAPTER 13 TRUSTEE<br>55 EAST MONROE SUITE 3850<br>CHICAGO IL 60603-5764 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Corp Solutions<br>180 Election Road<br>Suite 200<br>Draper, UT 84020 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY Bank<br>POB 41067<br>Norfolk, VA 23541 | M.O. Marshall<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Advisors Group

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38