## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 21-08935 |
| | ) | |
| Elizabeth Venturini, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Jacqueline P. Cox |

### AFFIDAVIT IN SUPPORT OF EXTENDING THE AUTOMATIC STAY

I, Elizabeth Venturini, state that:

1) Within the last year, I acknowledge that I filed two Chapter 13 Bankruptcy cases that were dismissed. The prior case, case number 19-24947, was dismissed on March, 2021 on the Trustee's Motion to Dismiss for failure to make plan payments.
2) During prior case, the Debtor's son was unable to contribute as much to her expenses due to the ongoing pandemic.
3) In the instant case, my son is back to working full time and will be able to help me make the monthly payments as required in the new Chapter 13.
4) This will allow me to afford to make the monthly trustee's payments in a feasible Chapter 13 Plan.

*Elizabeth Venturini*
Elizabeth Venturini

Subscribed and sworn to before me this  1  day of  July , 2021.

Notary Public

"OFFICIAL SEAL"
VINCENT STAVROS
Notary Public, State of Illinois
My Commission Expires March 5, 2022