UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 21-08935 |
| Elizabeth J Venturini, | Chapter 13 |
| Debtor. | Honorable Jacqueline P. Cox |

### AGREED ORDER RESOLVING MOTION TO EXTEND THE AUTOMATIC STAY

THIS CAUSE coming on to be heard upon the Motion to Extend the Automatic Stay and the Objection thereto filed on behalf of American Advisors Group, (hereinafter referred to as "Creditor"), a secured creditor or servicing agent for a secured creditor holding a lien on the Debtor's property commonly known as 724 Patton Drive, Buffalo Grove, Illinois 60089 (hereinafter referred to as the "Property"), all parties having notice, the Court having jurisdiction and being fully advised:

IT IS HEREBY ORDERED:

1. The automatic stay is hereby extended as to all creditors.

2. If the Debtor fails to timely pay payments for property insurance and/or general real estate taxes, then the Debtor shall be deemed to be in default. Upon Creditor's notice of the default to the Debtor and the Debtor's attorney, the Debtor shall have twenty-one (21) days from the date the Notice of Default is filed, to cure the default. If the default is not cured within twenty-one (21) days from the date the Notice of Default is filed, the automatic stay shall be terminated as to the Property upon Creditor filing a Notice of Lifting with the Court. The filing of a Notice of Lifting shall have the legal effect of modifying the automatic stay without further order of the Court.

3. The Proof of Claim filed by Creditor shall stand unaffected and payments made thereunder shall be paid to Creditor until a Notice of Default and Notice of Lifting are filed with the Bankruptcy Court.

4. In the event that Heavner, Beyers & Mihlar, LLC should have to send out any Notices of Default, the Debtor shall pay an extra $100.00 per notice, as additional attorneys' fees, in addition to whatever funds are needed to cure the default and that said additional funds must be tendered prior to the expiration of the cure period as set-forth in the Notice.

AGREED:

American Advisors Group

/s/ *Cheryl Considine*
Cheryl Considine
one of its attorneys

DATED: 10-4-21

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. LITHERLAND (#6299352)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

Elizabeth J Venturini

David H Cutler, his/her attorney

ENTER:
J.Cox      *Jacqueline P. Cox*
Bankruptcy Judge