UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 21-08935 |
|---|---|
| Elizabeth J Venturini, | Chapter 13 |
| Debtor. | Honorable Jacqueline P. Cox |

**NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER**

NOW COMES American Advisors Group by its attorneys, Heavner, Beyers & Mihlar, LLC, and hereby gives notice that the Debtor has failed to comply with the Agreed Order entered on October 4, 2021. Pursuant to the Order, the Debtor was to timely pay payments for property insurance and/or general real estate taxes. and pursuant to said Order has twenty-one (21) days to pay all delinquent amounts owed, plus any amounts accruing during said period. A post-petition payment history is attached hereto as Exhibit "A".

The breakdown of the default is as follows:
Taxes advanced on January 19, 2022 for the second half of the 2020 taxes billed in 2021 in the amount of $2,900.95;
Less funds in suspense in the amount of $0.00.

Plus Attorney Fees in the amount of $100.00

The total amount due as of February 7, 2022, will be $3,000.95.

DATED: January 24, 2022

American Advisors Group,

By: /s/ Cheryl Considine
Cheryl Considine
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. LITHERLAND (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, certify that I served a copy of the Notice of Default filed on January 24, 2022, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 24, 2022, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 24th day of January, 2022.

**Service by Mail:**

Elizabeth J Venturini
724 Patton Dr
Buffalo Grove, IL 60089

**Service by Electronic Notice through ECF:**

| David H Cutler | Thomas H. Hooper | Patrick S. Layng |
|---|---|---|
| Cutler & Associates, Ltd. | 55 E. Monroe Street, Suite 3850 | United States Trustee (Region 11) |
| 4131 Main Street | Chicago, IL 60603 | 219 S. Dearborn Street |
| Skokie, IL 60076 | | Room 873 |
| | | Chicago, IL 60604 |

                                                   /s/ *Cheryl Considine*
                                                        Cheryl Considine

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. LITHERLAND (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754