UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 21-08935 |
| Elizabeth J Venturini, | Chapter 13 |
| Debtor. | Honorable Jacqueline P. Cox |

**NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER**

NOW COMES American Advisors Group by its attorneys, Heavner, Beyers & Mihlar, LLC, and hereby gives notice that the Debtor has failed to comply with the Agreed Order entered on October 5, 2021.  Pursuant to the Order, the Debtor was to cure the post-petition default and make monthly post-petition payments in a timely manner. and pursuant to said Order has fourteen (14) days to pay all delinquent amounts owed, plus any amounts accruing during said period. A post-petition payment history is attached hereto as Exhibit "A".

The breakdown of the default is as follows:
 Advancement of funds on 6/16/2022 for Forced Placed Hazard Insurance for coverage from 3/26/2022 – 3/26/2023 in the amount of $2,167.00;
Advancement of funds on 6/28/2022 for 1st Installment of the 2021 Taxes payable in 2022 @ $3,560.36 = $3,560.36.

Plus the amounts accruing before July 28, 2022:
Attorney Fees in the amount of $100.00

The total amount due as of July 28, 2022, will be $5,827.36.

DATED: July 14, 2022

American Advisors Group,

By: _/s/ Maria C. Sanchez_

Maria C. Sanchez
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. LITHERLAND (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I served a copy of the Notice of Default filed on July 14, 2022, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 14, 2022, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 14th day of July, 2022.

**Service by Mail:**

Elizabeth J Venturini
724 Patton Dr
Buffalo Grove, IL 60089

**Service by Electronic Notice through ECF:**

| | | |
|---|---|---|
| David H Cutler | Thomas H. Hooper | Patrick S. Layng |
| Cutler & Associates, Ltd. | 55 E. Monroe Street, Suite 3850 | United States Trustee (Region 11) |
| 4131 Main Street | Chicago, IL 60603 | 219 S. Dearborn Street |
| Skokie, IL 60076 | | Room 873 |
| | | Chicago, IL 60604 |

_____
/s/ Maria C. Sanchez
Maria C. Sanchez

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. LITHERLAND (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754